## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____
                                                    )
COURTLAND SAVAGE,                       )
                                                    )
     Plaintiff,                              )
                                                    )
     v.                                          )     Civil Action No. 19-2983 (ABJ)
                                                    )
U.S. DEPARTMENT OF THE NAVY,     )
                                                    )
     Defendant.                            )
_____ )

### DEFENDANT'S MOTION FOR  SUMMARY JUDGMENT

     Pursuant to Federal Rule of Civil Procedure 56, Defendant the U.S. Department of the

Navy respectfully files this motion for summary judgment on Plaintiff's claims under the

Freedom of Information Act ("FOIA") and Privacy Act.  This motion is accompanied by a

memorandum of law, statement of undisputed material facts, supporting declaration, exhibits,

and proposed order.

     Dated: August 6, 2020          Respectfully submitted,

                                  MICHAEL R. SHERWIN
                                  Acting United States Attorney

                                  DANIEL F. VAN HORN, D.C. Bar No. 924092
                                  Chief, Civil Division

                                  _/s/   Christopher Hair_
                                  CHRISTOPHER C. HAIR, PA Bar No. 306656
                                  Assistant United States Attorney
                                  555 Fourth Street, N.W.
                                  Washington, D.C. 20530
                                  (202) 252-2541
                                  christopher.hair@usdoj.gov

                                  _Counsel for Defendants_