# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COURTLAND SAVAGE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 19-2983 (ABJ) |
| ) | |
| U.S. DEPARTMENT OF THE NAVY, ) | |
| ) | |
| Defendant. ) | |

## [PROPOSED] ORDER

Upon consideration of the Defendant's Motion for Summary Judgment, Plaintiff's Cross-Motion for Summary Judgment, the responses thereto and the entire record herein, it is hereby

**ORDERED** that Defendant's Motion is **GRANTED** and Plaintiff's Cross-Motion is **DENIED**. Plaintiff's Amended Complaint is **DISMISSED** with prejudice.

**SO ORDERED**.

_____  _____
Date                                             Hon. Amy Berman Jackson
                                                 United States District Judge