IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COURTLAND SAVAGE,   )<br>                                        )<br>         Plaintiff           )<br>                                        )<br>     v.                             )<br>                                        )<br>U.S. DEPARTMENT OF THE NAVY,  )<br>                                        )<br>         Defendant.       )<br>_____ ) | Civil Action No. 1:19-cv-2983(ABJ) |

**PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT, AND CROSS-MOTION FOR SUMMARY JUDGMENT**

Plaintiff, Courtland Savage, brought this action against Defendant, the United States Navy, under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, and Privacy Act, 5 U.S.C. § 552a after Defendant withheld relevant, non-exempt documents Defendant moved for summary judgment stating that the withholdings were proper under 5 U.S.C. §§ 552(b)(5), (b)(6), and (b)(7), as well as 5 U.S.C. § 552a(d)(5). As set forth in the attached memorandum of points and authorities, Defendant has failed to make a proper showing under these exemptions; therefore, Defendant's motion for summary judgment should be denied, Plaintiff's cross-motion should be granted, and Defendant should be ordered to produce all disputed documents.

2

Respectfully submitted,

      /s/  *Eric S. Montalvo*
Eric S. Montalvo, DC Bar No. 993206
FEDERAL PRACTICE GROUP
1750 K Street, N.W., Suite 900
Washington, D.C.  20006
Telephone:  202-862-4360
Facsimile:  888-899-6053
emontalvo@fedpractice.com

Attorney for Plaintiff

**Certificate of Service**

I hereby certify that on September 8, 2020, I filed the foregoing Opposition and Cross-Motion via this Court's electronic filing system, which effected electronic service on all parties.

                                                /s/  *Eric S. Montalvo*
Eric S. Montalvo, DC Bar No. 993206
FEDERAL PRACTICE GROUP
1750 K Street, N.W., Suite 900
Washington, D.C.  20006
Telephone:  202-862-4360
Facsimile:  888-899-6053
emontalvo@fedpractice.com