IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COURTLAND SAVAGE, ) <br> ) <br> Plaintiff ) <br> ) <br> v. ) <br> ) <br> U.S. DEPARTMENT OF THE NAVY, ) <br> ) <br> Defendant. ) <br> _____ ) | Civil Action No. 1:19-cv-2983(ABJ) |

# **[PROPOSED] ORDER**

Upon consideration of Defendant's motion for summary judgment, Plaintiff's opposition and cross-motion for summary judgment, Defendant's opposition and reply, and Plaintiff's reply, Defendant's motion is DENIED and Plaintiff's cross-motion is GRANTED. Judgement is entered in favor of Plaintiff, and Defendant must produce all documents set forth in Plaintiff's cross-motion.

This is a final, appealable order.

SO ORDERED.

_____                           _____
Date                                                                                         Honorable Amy Berman Jackson
                                                                                                    United States District Judge