# DON-NAVY-2019-005892 Request Details

Due Date: N/A    Clock Days: 0 (Never Started)

Case Phase: Closed    Case Status: Closed

## Requester Information

| | |
|---|---|
| **Requester** | Mr. Courtland A Savage |
| **Organization** | |
| **Requester Has Account** | No |
| **Email Address** | courtlandsavage@gmail.com |
| **Phone Number** | 7048135266 |
| **Fax Number** | |
| **Address** | 333 Oakwood Dr |
| **City** | Mount Holly |
| **State/Province** | NC |
| **Zip Code/Postal Code** | 28120 |
| **Tracking Number** | DON-NAVY-2019-005892 |
| **Submitted Date** | 04/15/2019 |
| **Received Date** | 04/15/2019 |
| **Perfected Date** | |
| **Last Assigned Date** | 04/15/2019 |
| **Assigned To** |  (b) (6) (Commander Naval Air Force, U.S. Pacific Fleet) |
| **Last Assigned By** | (b) (6) (Commander Naval Air Force, U.S. Pacific Fleet) |
| **Request Track** | Simple |
| **Fee Limit** | $100.00 |

## Closure Information

| | |
|---|---|
| **Closed Date** | 05/15/2019 |
| **Disposition** | Partial Grant/Partial Denial |
| **"Other" Disposition** | Select "Other" Disposition |
| **Exemptions Used** | |
| **Statutes Used** | |
| **Subtypes Used** | |

## Request Handling

| | |
|---|---|
| **Requester Info Available to the Public** | No |
| **Request Track** | Simple |
| **Fee Category** | Select Fee Category |
| **Fee Waiver Requested** | No |
| **Fee Waiver Status** | |
| **Expedited Processing Requested** | No |
| **Expedited Processing Status** | |
| **Request Type** | FOIA |
| **Request Perfected** | No |
| **Acknowledgement Sent Date** | |
| **Unusual Circumstances** | No |
| **Litigation** | No |
| **5 Day Notifications** | |

## Description

516/2000

In accordance with OPNAVINST 5354.1G, Ch. 4, Paragraph 3.f(8) "When requested, the command must provide a redacted copy of the investigating officer's final report (as directed by the Privacy Act of 1974 and other applicable laws and regulations) to the complainant and alleged offender," I request a copy of the investigating officer's final report and all endorsements for the Equal Opportunity case submitted by LT Courtland Savage on 18 December 2017, which was finalized by VADM DeWolfe Miller on 12 April 2019.

**Has Description Been Modified**
**Description Available to the Public**  No
**Short Description**

## Additional Information

**Case #**
**Name of Local Command**
**Contract/Sol.#**
**Limit Request To Clearly Releasable Info**  Select Limit Request To Clearly Releasable Info

## Attached Supporting Files

**Attachments Available to the Public**  No

| Attached File Name | Size (MB) | File Type | Remove |
|---|---|---|---|
| No supporting files have been uploaded. | | | |

## Upload Supporting Files

No supporting files have been uploaded.

Drag files here

Upload Supporting Files